AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 FEB -1 PM 2:31
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-CR-86 KWR |
| James I. Matison | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James I. Matison,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1:18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud
Counts 2 - 15: 18 U.S.C. § 1956(a)(1)(B)(i): Concealment Money Laundering

Date: 01/24/2023

_____
*Issuing officer's signature*

City and state: Albuquerque, NM

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1/27/2023, and the person was arrested on *(date)* 2/1/2023
at *(city and state)* Boulder, CO.

Date: 2/1/2023

_____
*Arresting officer's signature*

Brian Simonson, Dept. of Interior OIG
*Printed name and title* SPECIAL AGENT