IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:23-mj-00028-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES I. MATISON,

    Defendant.

___

## NOTICE OF APPEARANCE
___

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Jared Westbroek
JARED WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared.westbroek@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Bryan David Fields, AUSA
    Email: bryan.fields3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    James I. Matison    (via Mail)

                                                     s/Jared Westbroek
                                                     JARED WESTBROEK
                                                     Assistant Federal Public Defender
                                                     633 17th Street, Suite 1000
                                                     Denver, CO  80202
                                                     Telephone:  (303) 294-7002
                                                     FAX:  (303) 294-1192
                                                     jared.westbroek@fd.org
                                                     Attorney for Defendant